■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON POWELL, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Shaw, J.), rendered January 5, 1982, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Many of the contentions raised by defendant have not been preserved for review and the others are without merit. Mollen, P. J., Titone, O'Connor and Weinstein, JJ., concur.